IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENNIS ROSE, | : |
| Plaintiff, | : |
| v. | : Case No. 5:09-CV-378 (HL) |
| GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

In this case, the Plaintiff filed his Complaint on October 23, 2009. As of February 22, 2010, the Plaintiff had yet to show this Court that it had served the Defendant according to Federal Rule of Civil Procedure 4(m). The Court entered a Show Cause Order (Doc. 2), in which it ordered the Plaintiff to advise the Court by March 10, 2010, as to the status of its efforts to serve the Defendant, and to show cause why his case should not be dismissed pursuant to Rule 4(m) for failure to serve the Defendant. That deadline has passed without any update or filing from the Plaintiff. Therefore, this Court dismisses the Plaintiff's case for failure to serve the Defendant.

**SO ORDERED**, this the 17th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge